UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-MJ-1079

|  |  |  |
|---|---|---|
| IN RE: SEARCH WARRANT ISSUED FOR A YAHOO EMAIL ADDRESS | ) ) ) ) ) ) | ORDER TO UNSEAL SEARCH WARRANT |

Upon motion of the United States, it is hereby ORDERED that the search warrant and affidavit in the above-captioned matter be hereby UNSEALED.

So ORDERED, this 28 day of February, 2013

_____
The Honorable Robert B. Jones, Jr.
United States Magistrate Judge